1

2

3

4

5

6

7

8           UNITED STATES DISTRICT COURT

9      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10          SAN FRANCISCO DIVISION

11  HARVEY LAPIN, Individually and on Behalf    )    Case No.:  3:12-cv-03195-MMC
    of All Others Similarly Situated,           )
12                                              )
                        Plaintiff,              )
13                                              )    [PROPOSED] ORDER GRANTING
              v.                                )    APPLICATION FOR ADMISSION OF
14                                              )    ATTORNEY *PRO HAC VICE*
    FACEBOOK, INC., et al.,                     )
15                                              )
                        Defendants.             )
16                                              )
                                                )
17  _____)

18       Charles S. Duggan, whose business address and telephone number is

19                 Charles S. Duggan
                   DAVIS POLK & WARDWELL LLP
20                 450 Lexington Avenue
                   New York, New York 10017
21                 Telephone: (212) 450-4000

22  and who is an active member in good standing of the bar of the United States District Court for the

23  Southern District of New York, having applied in the above-entitled action for admission to

24  practice in the Northern District of California on a *pro hac vice* basis, representing Defendants

25  Morgan Stanley & Co. LLC; J.P. Morgan Securities LLC; Goldman, Sachs & Co.; Merrill Lynch,

26  Pierce, Fenner & Smith Incorporated; Barclays Capital Inc.; Allen & Company LLC; Citigroup

27  Global Markets Inc.; Credit Suisse Securities (USA) LLC; Deutsche Bank Securities Inc.; RBC

28                                              1

1  Capital Markets LLC; Blaylock Robert Van LLC; BMO Capital Markets Corp.; C.L. King &

2  Associates, Inc.; Cabrera Capital Markets, LLC; CastleOak Securities, L.P.; Cowen and Company,

3  LLC; E*TRADE Securities LLC; Itau BBA USA Securities, Inc.; Lazard Capital Markets LLC;

4  Lebenthal & Co., LLC; Loop Capital Markets LLC; M.R. Beal & Company; Macquarie Capital

5  (USA) Inc.; Muriel Siebert & Co., Inc; Oppenheimer & Co. Inc.; Pacific Crest Securities LLC;

6  Piper Jaffray & Co.; Raymond James & Associates, Inc.; Samuel A. Ramirez & Company, Inc.;

7  Stifel, Nicolaus & Company, Incorporated; The Williams Capital Group, L.P.; and William Blair &

8  Company, LLC.

9       IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and

10  conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac*

11  *vice.*  Service of papers upon and communication with co-counsel designated in the application will

12  constitute notice to the party.  All future filings in this action are subject to the requirements

13  contained in General Order No. 45, *Electronic Case Filing.*

14

15  Dated:  July 26, 2012

16  _____

17       The Honorable Maxine M. Chesney
     United States District Judge

18

19

20

21

22

23

24

25

26

27

28                   2