1
2
3
4
5
6
7
8

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

9
10
11
12
13

HARVEY LAPIN,

    Plaintiff,

v.

FACEBOOK, INC., et al.

    Defendants.

_____

No. C-12-3195 MMC

**ORDER VACATING AUGUST 10, 2012 HEARING ON PLAINTIFFS' MOTIONS TO REMAND AND DEFENDANTS' MOTIONS FOR STAY OF PROCEEDINGS**

14
15
16
17
18

VERNON R. DEMOIS, JR.,

    Plaintiff,

v.

FACEBOOK, INC., et al.,

    Defendants.

_____

No. C-12-3196 MMC

19
20
21
22
23

DARRYL LAZAR,

    Plaintiff,

v.

FACEBOOK, INC., et al.,

    Defendants.

_____

No. C-12-3199 MMC

24
25
26
27
28

EDWARD SHIERRY,

    Plaintiff,

v.

FACEBOOK, INC., et al.,

    Defendants.

_____

No.-C-12-3200 MMC

| | | |
|---|---|---|
| 1 | KAREN CUKOR, et al., | No. C-12-3201 MMC |
| 2 |     Plaintiffs, | |
| 3 |   v. | |
| | FACEBOOK, INC., et al., | |

1   KAREN CUKOR, et al.,                              No. C-12-3201 MMC

2          Plaintiffs,
       v.
3
    FACEBOOK, INC., et al.,
4
           Defendants.
5   _____

6   MICHAEL LIEBER,                                   No. C-12-3202 MMC

7          Plaintiff,
       v.
8
    FACEBOOK, INC., et al.,
9
           Defendants.
10  _____

11  JENNIFER STOKES,                                  No. C-12-3203 MMC

12         Plaintiff,
       v.
13
    FACEBOOK, INC., et al.
14
           Defendants.
15  _____/

16

17         Before the Court are defendants' motions for a stay of proceedings, filed June 21,

18  2012 in each of the above-titled cases, and plaintiffs' motions to remand, filed June 22,

19  2012 in each of the above-titled cases.  The motions have been fully briefed.  Having read

20  and considered the papers filed in support of and in opposition to the motions, the Court

21  deems the matters appropriate for decision on the parties' respective written submissions

22  and hereby VACATES the hearing scheduled for August 10, 2012.

23         **IT IS SO ORDERED.**

24

25  Dated: August 7, 2012                    _____
                                             MAXINE M. CHESNEY
26                                           United States District Judge

27

28

                                       2